MONTELL *v.* DISTRICT COURT OF SAN JUAN.

APPLICATION for a Writ of Certiorari.

No. 3.—Decided June 25, 1904.

DEPOSIT IN COURT.—The deposit of a sum of money, the payment of which has been required of the depository, must be made in the court which originally had jurisdiction of the action and which required its delivery, and not in the higher court to which the case has been taken.

STATEMENT OF THE CASE.

According to the record before us a civil suit was prosecuted in the municipal court of Bayamón, by the Rev. Manuel Díaz Caneja, acting as collector of charitable funds, against Julio Montell, for the recovery of the principal of an annuity and charges accrued thereon, in which suit, at the instance of the former, and for the purpose of securing the effectiveness of the judgment, the sum of $480 was attached and ordered to

be retained in the hands Frederick U. Hawes, said sum, as stated, belonging to Julio Montell, the defendant in the case.

Judgment for the plaintiff having been rendered, the defendant took an appeal therefrom to the District Court of San Juan, which reversed said judgment and dismissed the action brought by Caneja in the aforesaid capacity; and according to an order of 10th instant, made by said court, in the original record of proceedings forwarded by the latter, there appears from letters requisitorial of the Bayamón court that the attachment of the aforesaid sum was dissolved, and, from other copies, that Hawes was requested to deposit the same in said municipal court; but without explaining the reason therefor, the deposit was made in the District Court of San Juan, after notification to the parties, namely, Caneja and Montell; and although the latter had requested that said sum be delivered to him, the order of the 10th instant, mentioned above, was issued, declaring that the deposit could not be admitted as having been properly made, and directing that the voucher for the $480 deposited with the firm of DeFord & Co., be returned to Hawes, against his receipt therefor.

The representative of Montell having applied for a writ of *certiorari,* and notice thereof being served upon Manuel Díaz Caneja, who opposed the same, a day was set for the hearing which was held without the attendance of the parties, the said writ being issued calling for the original record with reference to the matter.

*Mr. Freyre Barbosa,* for plaintiff.

*Mr. Texidor,* for opponent.

### OPINION OF THE COURT.

There is no reason for depositing the sum in question with the District Court of San Juan, when the one ordering the delivery thereof was the municipal judge of Bayamón.

As the municipal judge of Bayamón was the one that originally took cognizance of the main action, and ordered

the retention of the sum and subsequent dissolution of the attachment and delivery to Julio Montell, and jurisdiction over the case having been restored to said court by virtue of the determination of the appeal, said court is the only one competent to decide as to the proper disposition to be made of the sum deposited.

In view of the act authorizing writs of *certiorari,* approved March 10, 1903, we declare that the deposit was improperly made in the San Juan court which shall forward the voucher for the $480 deposited with the firm of DeFord & Co. to the municipal court of Bayamón, so that the latter may decide thereon in accordance with the law. It is hereby ordered that a certified copy of this decision be forwarded to the San Juan court for compliance therewith, and that the original record forwarded by said court be returned.

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.

Mr. Justice Sulzbacher did not sit at the hearing of this case.